[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-10721
Non-Argument Calendar
_____

D.C. Docket No. 3:11-cr-00016-HLA-JRK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEITH JEROMEO MILTON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(October 16, 2012)

Before MARTIN, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Susan Good Yazgi, appointed appellate counsel for Keith Milton in this direct criminal appeal, has filed a motion to withdraw on appeal and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396 (1967).  An independent review of the record reveals no issue of arguable merit for us to consider on appeal.  Therefore, counsel's motion to withdraw is **GRANTED** and Milton's conviction and sentence are **AFFIRMED**.  We do note a clerical error in the judgment, however.  The written judgment states that Milton was convicted of possessing cocaine base with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), but Milton was convicted of distributing cocaine base under that statute.  We therefore **VACATE AND REMAND** for the limited purpose of entering a judgment in conformity with the indictment and Milton's plea.